JAMES A. DEERING, Appellant, *v.* JOHN SCHREYER et al., Respondents.

Reported below, 120 App. Div. 872.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered July 31, 1907, modifying and affirming as modified a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the action was one to recover for services; that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Alexander Thain* for motion.

*John C. Toole* opposed.

Motion denied, without costs.